| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR DIAZ LANDA,<br><br>　　　　Defendant and Judgment Debtor. | Misc. Case No. 1:18-mc-00020-DAD-BAM<br><br>ORDER RELATING AND REASSIGNING CASE<br><br>Criminal Case No. 1:15-cr-00233-DAD |
| TECHNOLOGY CREDIT UNION (and its successors and assignees),<br><br>　　　　Garnishee. | |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR DIAZ LANDA,<br><br>　　　　Defendant and Judgment Debtor. | Misc. Case No. 1:18-mc-00021-SAB<br><br>Criminal Case No. 1:15-cr-00233-DAD |
| WELLS FARGO BANK, N.A.,<br><br>　　　　Garnishee. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OSCAR DIAZ LANDA,<br><br>　　　　　Defendant and Judgment Debtor.<br><br>BRIGHTHOUSE LIFE INSURANCE (and its successors and assignees),<br><br>　　　　　Garnishee. | Misc. Case No. 1:18-mc-00022-EPG<br><br>Criminal Case No. 1:15-cr-00233-DAD |

Review of the records in the above-referenced actions reveals that they are related under this court's Local Rule 123. These actions involve the same or similar parties, properties, claims, events, and/or questions of fact or law. In addition, the currently assigned magistrate judges in the two latter-referenced actions have not engaged in their respective matters in any substantial way. Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Barbara A. McAuliffe will promote efficiency and economy for the court and parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases. Good cause appearing, the court orders that Nos. 1:18-mc-00021-SAB and 1:18-mc-00022-EPG be reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Barbara A. McAuliffe. Accordingly, documents filed in the reassigned actions shall bear the new case numbers:

**1:18-mc-00021-DAD-BAM**

**1:18-mc-00022-DAD-BAM**

IT IS SO ORDERED.

　Dated: __**July 24, 2018**__　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE